IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENDELL H. STONE COMPANY, INC., d/b/a STONE & COMPNAY, individual and on behalf of all other similarly situated Plaintiffs | ) ) ) ) ) | Civil Action No. 2:16-cv-01219 |
| v. | ) ) | |
| METAL SALES MANUFACTURING CORPORATION, a Kentucky corporation Defendant(s) | ) ) ) ) | |

## REPORT OF NEUTRAL

A <u>Mediation</u> session was held in the above captioned matter on <u>June 27, 2017</u>.

The case (please check one):
    __X__ has resolved
    _____ has resolved in part (see below)
    _____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____

_____

Dated: __June 30, 2017__        /s/Louis B. Kushner_____
                                            Signature of Neutral

Rev. 09/11

4847-7368-0715, v. 1